RECEIVED

2014 JUN 26  A 11: 10

DEBRA P. HACKETT, CLK
M...

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

FRONZS JOSEPH FARVER )
~~Full name and prison name of~~ )
Plaintiff(s) )
 )
 )
v. )   CIVIL ACTION NO. 2:14-cv-629-WKW
 )   (To be supplied by Clerk of U.S. District
SANDRA GILES )   Court)
RENE MASON )
KENNETH JONES )
MR JHONSON ▓▓▓▓ - MEDICAL SUPERVISOR )
MS WALKER - MEDICAL SUPERVISOR )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____
4. Name of judge to whom case was assigned _____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **BULLOCK CORR. FAC.**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **BULLOCK CORR. FACILTY**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. SANDRA JILES — P.O. BOX 5107, UNION SPRINGS AL, 36089
2. RENE MASON — P.O. BOX 5107, UNION SPRING AL, 36089
3. KENNETH JONES — P.O. BOX 5107, UNION SPRINGS AL, 36089
4. MR. JHONSON — MEDICAL SUPERVISOR P.O. BOX 5107 UNION SPRINGS AL, 36089
5. MS WALKER — MEDICAL SUPERVISOR P.O. BOX 5107 UNION SPRINGS AL, 36089
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **JANUARY 26, 2014 UNTIL PRESENT DATE**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **THE PRISON HAS NO GRIEVANCE SYSTEM I'VE WROTE NUMEROUS LETTERS TO THE DEFENDENTS TRYING TO GET THE ON GOING PROBLEMS FIXED**

GROUND FOUR - UNSANITARY LIVING CONDITIONS THAT POSE A SERIOUS RISK TO HEALTH

SUPPORTING FACTS - THE FLOORS AND WALLS ARE THICK WITH GRIM AND FILTH, THE ROOF POURS IN WATER WHEN IT RAINS AND THERE'S MOLD IN THE ROOF FROM STAGNATED WATER, THE FOOD IS COOKED IN EVEN WORSE UNSANITARY CONDITIONS, ALSO OUR FOOD IS BROUGHT ON AN OPEN CART OFTEN COLD WITH INSECTS IN IT FROM WHERE IT'S BRUNG ACROSS THE YARD TO US,

GROUND FIVE - THE RISE IN EXTREME VIOLENCE FROM OVERCROWDING IN THE PRISON SYSTEM

SUPPORTING FACTS - I MYSELF AM VICTIM OF THE ON GIONG VIOLENCE HERE, LOCK-UP IS JAMMED FULL FROM FIGHTS, STABBINGS AND ASSAULT ON POLICE.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

DUE TO OVERCROWDING FROM THE VIOLENCE AT THE PRISON THE WARDEN'S HAVE BEEN PUTTING INMATES IN THE MENTAL HEALTH STABALIZATION UNIT, THEY CONTINUE TO TELL US THERE'S NO ROOM AT THE PRISON'S WE'RE PUT IN TO GO TO

GROUND TWO: I'M DENIED THE RIGHT TO EXERCISE EVERYDAY, AND WHEN THEY DO LET ME EXERCISE THEY KEEP ME IN HANDCUFFS AND SHACKLES

SUPPORTING FACTS: SINCE JANUARY 26TH I HAVE GAINED 23 POUNDS FROM LACK OF MOVEMENT, MY MUSCLES ARE DETERIORATING AND I'M HAVING SERIOUS HEALTH PROBLEMS

GROUND THREE: MEDICAL NEGLECT, FOR MONTHS NOW

SUPPORTING FACTS: I HAD A SERIOUS HEAD AND BACK INJURY AT THE PRISON IN JANUARY, I FILL OUT SICK CALLS ABOUT MY PROBLEMS, OFTEN THEY COME UP MISSING, AND WHEN THEY DO GET IT, IT TAKES A MONTH TO SEE A DOCTOR

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WAUNT A PREZEMANARY INJUCTION ON THE PROBLOMS IN THE SUIT BEFORE THE COURT. THE TOTALITY OF THESE CONDITIONS ARE UNBARABLE

Snong Sawer 245459
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/12/14
                 (Date)

Snong Sawer 245459
Signature of plaintiff(s)

FRONIS FAJVER/245959
P.O. Box 5/07
UNION SPRINGS AL, 36089

MONTGOMERY
AL 360
25 JUN '14
PM 2 L



02 1M   $00.89
0004292303   JUN 24 2014
MAILED FROM ZIP CODE 36089

[LEGAL MAIL]

U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY AL, 3601-0711

36101071111