IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRONTIS JOSEPH FAUVER, #245459, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:14-CV-629-WKW ) |
| SANDRA GILES, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On July 30, 2014, the Magistrate Judge filed a Recommendation in this case (Doc. # 10), to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED Recommendation is ADOPTED, the motion for preliminary injunction is DENIED (*see* Doc. # 1) is DENIED, and this case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 22nd day of August, 2014.

                                                    /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE