IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRONTIS JOSEPH FAUVER, | ) | |
| # 245459, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-629-WKW |
| | ) | [WO] |
| SANDRA GILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 6, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of the court.

A separate final judgment will be entered.

DONE this 6th day of July, 2016.

                                                        /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE